REUBEN KLUGMAN v. MERIT ATLANTIC CORP.

June 1, 1976. Petition for certification denied.

MANHATTAN COLLISION SPECIALISTS, INC. v. BOARD OF ADJUSTMENT OF THE VILLAGE OF RIDGEFIELD PARK.

June 1, 1976. Petition for certification denied.

EASTSIDE INVESTORS, INC. v. BOARD OF ADJUSTMENT OF THE TOWN OF HACKETTSTOWN.

June 1, 1976. Petition for certification denied.

JOHN E. RING v. JOHN A. WADDINGTON, DIRECTOR OF THE DIVISION OF MOTOR VEHICLES.

June 1, 1976. Petition for certification denied.

LE-ED CONSTRUCTION, INC. v. GERALDINE GIORDANO.

June 1, 1976. Petition for certification denied.

CONTI CONSTRUCTION COMPANY v. BOROUGH OF MORRIS PLAINS.

June 1, 1976. Petition for certification denied.